IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUAN ALBERTO FIGUEROA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 14-2876 |
| | : | |
| **VINCENT MOONEY, ATTORNEY GENERAL OF PA and DISTRICT ATTORNEY FOR COUNTY OF LEHIGH** | : : : : | |

**ORDER**

**NOW,** this 15th day of September, 2016, upon consideration of the Petition for Writ of Habeas Corpus, the responses to the Petition for Writ of Habeas Corpus (Document No. 10), the Report and Recommendation filed by United States Magistrate Judge Henry S. Perkin (Document 11), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Perkin is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**; and,

3. There is no probable cause to issue a certificate of appealability.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.